UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANTHONY ROMANO,

                Petitioner,

    -against-

ANTHONY ZON, Superintendent

                Respondent.
-----------------------------------------------------------x

**ORDER**
04-CV-2467(NG)(LB)

**GERSHON, United States District Judge:**

No objections have been filed to the Report and Recommendation of Magistrate Judge Bloom dated July 19, 2007. Accordingly, petitioner's application for a writ of habeas corpus is denied. The Clerk of Court is directed to enter judgment for respondent. Since petitioner has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue.

SO ORDERED.

s/NG
**NINA GERSHON**
**United States District Judge**

Dated: September 7, 2007
       Brooklyn, New York