UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANTHONY ROMANO,

                Petitioner,

  -against-

ANTHONY ZON, Superintendent,

                Respondent.
----------------------------------------------------------------X

JUDGMENT
04-CV-2467 (NG)

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y:
★ SEP 1 2 2007 ★
P.M. _____
TIME A.M. _____

      An Order of Honorable Nina Gershon, United States District Judge, having been filed on September 10, 2007, adopting the Report and Recommendation of Magistrate Judge Judge Lois Bloom, dated July 19, 2007; denying petitioner's application for a writ of habeas corpus; ordering that a Certificate of Appealability shall not issue; and directing the Clerk of Court to enter judgment for respondent; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; that petitioner's application for a writ of habeas corpus is denied; that a Certificate of Appealability shall not issue; and that judgment is hereby entered for respondent.

Dated: Brooklyn, New York
       September 11, 2007

/ /s/ RCH
ROBERT C. HEINEMANN
Clerk of Court